STEPHEN C. RUEHMANN (167533)
MARC C. FISHER, ESQ. (44794)
**FISHER & RUEHMANN, LLP**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel: (916) 988-8001
Fax: (916) 988-8002

Attorneys for Plaintiff,
Giovanna Morelli

## UNITED STATES DISTRICT COURT
## NOTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Giovanna Morelli, | **Case No.: CV 10-0934PJH** |
| Plaintiff, | |
| vs. | |
| NETWORK FINANCIAL GROUP, INC; POWER DEFAULT SERVICES, INC.; AMERICAN HOME MORTGAGE SERVICING, INC. On behalf of ABFC Asset-Backed Certificates, Series 2006-OPTI; and DOES 1 to 100, inclusive, | REQUEST FOR VOLUNTARY DISMISSAL and [~~PROPOSED~~] ORDER |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily dismisses the above captioned action without prejudice.

Dated: July 22, 2010      /S/   Stephen C. Ruehmann
                          Stephen C. Ruehmann
                          Attorney for Plaintiffs

1

ORDER GRANTING DISMISSAL

IT IS SO ORDERED.

7/29/10

_____
Honorable PHYLLIS J. HAMILTON

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2